IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| IN RE: } | |
| } | |
| CASH, THOMAS R. } | CASE NO: 08-32086-DHW |
| SSN xxx-xx-3655 } | |
| CASH, LESA K. } | CHAPTER: 13 |
| SSN XXX-XX-2231 } | |
| Debtors. } | |

## NOTICE OF FILING AFFIDAVIT OF BAC HOME LOANS SERVICING, L.P. FKA COUNTRYWIDE HOME LOANS SERVICING, L.P.

COMES NOW, BAC HOME LOANS SERVICING, L.P. FKA COUNTRYWIDE HOME LOANS SERVICING, L.P., by and through its undersigned counsel of Sirote & Permutt, P.C., and hereby makes notice of the filing of the attached Affidavit in support of said Creditor's Motion for Relief from Automatic Stay.

Respectfully submitted,

_/s/ Enslen Crowe_
Enslen Crowe (CRO 098)
Attorney for Creditor

OF COUNSEL:
SIROTE & PERMUTT, P.C.
P. O. Box 55887
Birmingham, Alabama 35255-5887
(205) 918-5013/ fax 205-930-5101
ecrowe@sirote.com

## CERTIFICATE OF SERVICE

I hereby certify that on this the 25th day of September, 2009, a copy of the foregoing pleading was served on counsel for all parties to this proceeding by placing a copy of same in the U. S. Mail, properly addressed and first-class postage prepaid, to:

Vonda S. McLeod
566 South Perry Street
P.O. Box 201
Montgomery, AL 36101

Curtis C. Reding
P.O. Box 173
Montgomery, AL 36101

_/s/ Enslen F. Crowe_
OF COUNSEL

STATE OF Texas )
COUNTY OF Dallas )

## AFFIDAVIT

BEFORE ME, the undersigned, Notary Public, personally appeared Deborah Looper, who is known to me and after being by me first duly sworn, deposes and says the following:

My individual responsibility is to administer mortgage loans in bankruptcy. Specifically, this includes monitoring loan payments. I hereby certify and state that said records were made in the regular course of business, and that it was in the regular course of said office for such records to be made at the time of the events, transactions, or occurrences to which they refer or within a reasonable time thereafter. My personal knowledge of this mortgage loan shows the following:

| | | |
|---|---|---|
| 1. | Loan No: | xxxxx4495 |
| 2. | Debtor: | Thomas R. Cash |
| 3. | Bankruptcy Case No: | 08-32086-DHW-13 |
| 4. | Property Description: | 1221 Kenner Creek Circle, Deatsville, AL 36022 |
| 5. | Net Principal Balance as of 08/26/2009 | 233,924.47 |
| 6. | Delinquent Status as of 08/26/2009 | Due for payment |

3 payments of 1,931.22 each for 06/09 through 08/09     $5,793.66
Bankruptcy Attorney Fees/Costs for MFR                              650.00
Total Post-petition Mortgage Arrearage                              $6,443.66

The facts stated herein are true. In verification of the same, I subscribed my signature hereto.

Sworn to and subscribed before me on this the 31 day of August, 2009.

_____
Affiant

Sworn to and subscribed before me on this the ___ day of August, 2009.

_____
Notary Public
My Commission Expires: _____


VERLINE ALBRITTON
My Commission Expires
March 6, 2013